## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

DANNIE PATTERSON,

    Plaintiff,                                          Case No.: 0:20-cv-61220-AHS

v.

CAPIO PARTNERS, LLC and COLUMBIA
HOSPITAL CORPORATION OF SOUTH
BROWARD d/b/a WESTSIDE REGIONAL
MEDICAL CENTER,

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Capio Partners, LLC, ("Capio"), through undersigned counsel, hereby submits this Notice of Pending Settlement and states plaintiff and Capio (collectively, the "Parties"), have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated: September 21, 2020

                                                         Respectfully submitted,

                                                         */s/ Michael P. Schuette*
                                                         Michael P. Schuette, Esq.
                                                         Florida Bar No. 0106181
                                                         Dayle M. Van Hoose, Esq.
                                                         Florida Bar No. 0016277
                                                         SESSIONS, FISHMAN, NATHAN & ISRAEL
                                                         3350 Buschwood Park Drive, Suite 195
                                                         Tampa, Florida 33618
                                                         Telephone: (813) 890-2460

Facsimile: (877) 334-0661  
mschuette@sessions.legal  
dvanhoose@sessions.legal  
*Counsel for Defendant,*  
*Capio Partners, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of September 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.  
Thomas J. Patti, Esq.  
The Law Offices of Jibrael S. Hindi  
110 SE 6th Street, Suite 1744  
Fort Lauderdale, Florida 33301  
jibrael@jibraellaw.com  
tom@jibraellaw.com  
*Counsel for plaintiff*

Paul A. Herman, Esq.  
Consumer Advocates Law Group, PLLC  
4801 Linton Blvd., Suite 11A-560  
Delray Beach, Florida 33445  
paul@consumeradvocatelaw.com  
*Counsel for plaintiff*

Joel A. Brown, Esq.  
Friedman & Brown, LLC  
3323 NW 55th Street  
Fort Lauderdale, Florida 33309  
joel.brown@friedmanandbrown.com  
*Counsel for plaintiff*

*/s/ Michael P. Schuette*  
Attorney
